App. Div.]        First Department, February, 1913.

Juda Gollinger and Morris Bardach, Appellants, v. John J. Keating, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Johannes Jorgensen, Respondent, v. Moses Melchior and Others, Copartners, etc., under the Firm Name and Style of Melchior, Armstrong & Dessau, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Maria C. Agramonte, Respondent, v. Ricardo Narganes, as Executor, etc., of Cristobal N. Madan, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York ex rel. James Fuller Berry, Appellant, v. Henry R. M. Cook, as Auditor of the Board of Education of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York ex rel. Harry H. Oshrin, Appellant, v. Charles S. Whitman, District Attorney of the County of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Ida J. Robinson, Respondent, v. Benjamin Robinson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Luis F. Yglesias and Others, Composing the Firm of Yglesias, Lobo & Company, Respondents, v. James L. O'Connor, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

John W. Jones, Appellant, v. George McAneny, as President of the Borough of Manhattan, and William A. Prendergast, as Comptroller of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

William F. Davis, Respondent, v. Frederick Gondolf, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Business Men's Realty Company, Respondent, v. The Comet Company and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on *Bennett* v. *Edison Electric Ill. Co.* (164 N. Y. 131). Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.